# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

*Hearing Information:*

    **Debtor:** MALCOLM & MAELENA DEL RIO GILES
    **Case Number:** 2:10-BK-07798-EWH   **Chapter:** 13
    **Date / Time / Room:** THURSDAY, DECEMBER 16, 2010 10:00 AM   6TH FLOOR #602
    **Bankruptcy Judge:** EILEEN W. HOLLOWELL
    **Courtroom Clerk:** LUANN BELLER
    **Reporter / ECR:** KAYLA COLASONT

*Matter:*

  PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE; REAL PROPERTY, 3 LARAMY LANE, PARKS, AZ 86018 FILED BY BANKUNITED .
  **R / M #:** 43 / 0

*Appearances:*

LEONARD MCDONALD, ATTORNEY FOR MOVANT

*Proceedings:*

Mr. McDonald asked that this hearing be continued.

COURT: IT IS ORDERED SETTING A ONE MINUTE FINAL HEARING ON JANUARY 27, 2011 AT 10:00 A.M.