# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | MALCOLM & MAELENA DEL RIO GILES |
| **Case Number:** | 2:10-BK-07798-EWH  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 27, 2011 10:00 AM  6TH FLOOR #602 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | MICHELLE RADICKE |

## Matters:

1) ONE MINUTE FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE; REAL PROPERTY, 3 LARAMY LANE, PARKS, AZ 86018 FILED BY BANKUNITED .
   **R / M #:**   43 / 0

2) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MCDOWELL MOUNTAIN RANCH COMMUNITY ASSOCIATION .
   **R / M #:**   45 / 0

## Appearances:

ALLAN NEWDELMAN, ATTORNEY FOR MAELENA DEL RIO GILES, MALCOLM GILES
LEONARD MCDONALD, ATTORNEY FOR BANK UNITED

## Proceedings:

Mr. McDonald informed the Court that the debtor has filed a motion to convert.

Mr. NewDelman discussed the motion to convert with the Court.

COURT:  COUNSEL MAY NOTICE THE MOTION TO CONVERT BY NEGATIVE NOTICE AND A MAY UPLOAD A FORM OF ORDER IF NO OBJECTIONS ARE RECEIVED.